**Dismissed and Memorandum Opinion filed March 24, 2026**



In The

# Fifteenth Court of Appeals

### NO. 15-25-00161-CV

## LARRY A. THOMAS, Appellant

## V.

## TONNISHA RASHANN ONUOHA, Appellee

**On Appeal from the County Court at Law #4**
**Williamson County, Texas**
**Trial Court Cause No. 25-1622-FC4**

## MEMORANDUM OPINION

This is an appeal from a judgment signed September 12, 2025. The notice of appeal was filed September 17, 2025. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On February 24, 2026, this court ordered appellant to pay the appellate filing fee within 10 days or the appeal would be subject to dismissal without further

notice. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.